■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSSWELL EDWARDS, Appellant. — Judgment, Supreme Court, New York County (Davis, J.), rendered on January 27, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sullivan, Ross, Silverman and Asch, JJ.

■ In the Matter of BISWA OVERSEAS IMPORT AND EXPORT CO., INC., et al., Petitioners, v FRANCIS N. PECORA, as Acting Justice of the Supreme Court of the State of New York, et al., Respondents. — Application pursuant to CPLR article 78 in the nature of a writ of mandamus held in abeyance and respondent directed to serve an answer within 20 days after entry of this court's order and the cross motion to dismiss the petition denied, all without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Carro, Markewich, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON ISAAC SAPP, Appellant. — Judgment, Supreme Court, New York County (Levittan, J.), rendered on June 30, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Lupiano, Bloom, Fein and Milonas, JJ.